## Commonwealth *v.* Jones, Appellant.

Argued March 18, 1975. *Andrea Commaker Levin*, Assistant Defender, with her *John W. Packel*, Assistant Defender, and *Benjamin Lerner*, Defender, for appellant; *William*

*A. Richardson,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.